UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
                 :

VOLSTAR TECHNOLOGIES, INC.,     :

            Plaintiff,     :
                                                    25-CV-1791 (JMF)
    -v-     :
                                                      ORDER

AMAZON.COM, INC., et al.,     :

           Defendants.     :

------------------------------------------------------------------X

JESSE M. FURMAN, United States District Judge:

      On November 4, 2025, Defendants filed an Amended Answer to the Amended Complaint. *See* ECF No. 56. Counsel are reminded that, pursuant to Rule 1(B) of the Court's Individual Rules and Practices for Civil Cases, available at https://nysd.uscourts.gov/hon-jesse-m-furman, any amended filing shall be filed with a redline showing all differences between the original and revised filing. Accordingly, Defendants are directed to file a redline on ECF showing the differences between the Answer filed on October 28, 2025, ECF No. 55, and the Amended Answer.

      SO ORDERED.

Dated: November 5, 2025
       New York, New York
                                                   JESSE M. FURMAN
                                          United States District Judge